```
                    FILED
            CLERK, U.S. DISTRICT COURT

                  JUL - 3 2008

            CENTRAL DISTRICT OF CALIFORNIA
            BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ABALOS, | NO. CV 08-3517-VBF(CT) |
| Petitioner, | JUDGMENT |
| v. | |
| JOHN MARSHALL, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: July 3, 2008

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE